<span style="color:orange">CLOSED</span>

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:19-mj-02936-DUTY All Defendants

Case title: USA v. Romero

Date Filed: 07/18/2019
Date Terminated: 07/18/2019

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Saul Romero**
*TERMINATED: 07/18/2019*

represented by **Anthony Eaglin**
Anthony Eaglin Law Offices
One Wilshire Building
624 South Grand Avenue 22nd Floor
Los Angeles, CA 90017
213-629-8734
Fax: 213-629-8735
Email: eaglinlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Defendant in violation of 21:848

**Disposition**

Defendant was ordered Held to Answer to the USDC Southern District of Texas.

**Plaintiff**

USA                                          represented by   **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Div - US Courthouse
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Edward Han**
AUSA - Office of US Attorney
General Crimes Section
312 North Spring Street Suite 1200
Los Angeles, CA 90012
213-894-8230
Fax: 213-894-0141
Email: edward.han@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2019 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Saul Romero, originating in the Souther District of Texas. Defendant charged in violation of: 21:848. Signed by agent L Sutanto, USMS DUSM. filed by Plaintiff USA. (mat) (Entered: 07/19/2019) |
| 07/18/2019 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Saul Romero; defendants Year of Birth: 1990; date of arrest: 7/17/2019 (mat) (Entered: 07/19/2019) |
| 07/18/2019 | 3 | SEALED Defendant Saul Romero arrested on warrant issued by the USDC Southern District of Texas at Laredo. (Attachments: # 1 Sealed Indictment) (mat) (Entered: 07/19/2019) |
| 07/18/2019 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Jean P. Rosenbluth as to Defendant Saul Romero Defendant arraigned and states true name is as charged. Attorney: Anthony Eaglin for Saul Romero, Appointed, present. Court orders defendant Permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Southern District of Texas. Warrant of Removal and final commitment to issue. Government moves to UNSEAL Complain indictment information as to this defendant only.Def waives his Detention hearing in this District and Request to hear his detention hearing in the prosecuting District. Court Smart: 7/18/19. (mat) (Entered: 07/19/2019) |
| 07/18/2019 | 5 | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Saul Romero (mat) (Entered: 07/19/2019) |

| | | |
|---|---|---|
| 07/18/2019 | 6 | ORDER OF DETENTION by Magistrate Judge Jean P. Rosenbluth as to Defendant Saul Romero. (mat) (Entered: 07/19/2019) |
| 07/18/2019 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Jean P. Rosenbluth as to Defendant Saul Romero. (mat) (Entered: 07/19/2019) |
| 07/18/2019 | 8 | FINANCIAL AFFIDAVIT filed as to Defendant Saul Romero. (Not for Public View pursuant to the E-Government Act of 2002) (mat) (Entered: 07/19/2019) |
| 07/18/2019 | 9 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Saul Romero. (mat) (Entered: 07/19/2019) |
| 07/18/2019 | 10 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Jean P. Rosenbluth that Defendant Saul Romero be removed to the Southern District of Texas. (mat) (Entered: 07/19/2019) |
| 07/19/2019 | | Notice to Southern District of Texas of a Rule 5 or Rule 32 Initial Appearance as to Defendant Saul Romero. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40),,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mat) (Entered: 07/19/2019) |
| 07/19/2019 | 11 | EX PARTE APPLICATION for Order for TRANSPORTING DEFENDANT Filed by Plaintiff USA as to Defendant Saul Romero. (Attachments: # 1 Proposed Order) (Attorney Edward Han added to party USA(pty:pla)) (Han, Edward) (Entered: 07/19/2019) |
| 07/19/2019 | 12 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: EX PARTE APPLICATION for Order for TRANSPORTING DEFENDANT 11 . The following error(s) was/were found: Case number is incorrect or missing. Other error(s) with document(s): Documents for another case have been inadvertently attached to this filing. Please re-file and only include documents pertaining to this case. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (cio) (Entered: 07/22/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/22/2019 12:19:57 | | | |
| **PACER Login:** | txsus0288:2650724:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-mj-02936-DUTY End date: 7/22/2019 |
| **Billable** | 2 | **Cost:** | 0.20 |

Case 5:16-cr-01263 Document 1483-1 Filed 07/22/19 in TXSD Page 4 of 4

**Pages:**